Dismissed and Memorandum Opinion filed August 10, 2006








Dismissed
and Memorandum Opinion filed August 10, 2006.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-06-00617-CV

____________

 

THE UNIVERSITY OF TEXAS SYSTEM,
Appellant

 

V.

 

JUDITH LUCADOU,
Appellees

 



 

On Appeal from the 157th District Court

Harris County, Texas

Trial Court Cause No. 04-60555

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed April 7, 2006.  On August 4, 2006, appellant
filed a motion to dismiss the appeal.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.       

PER
CURIAM

 

Judgment rendered and Memorandum Opinion filed August
10, 2006.

Panel consists of Justices Anderson, Hudson, and Guzman.